## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARL CAVALIER** | **CIVIL ACTION NO.: 3:21-cv-000656** |
| **VERSUS** | **JUDGE: JOHN W. DEGRAVELLES** |
| **THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL.** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |

## **ORDER**

Considering the foregoing Motion to Reopen the Cause and Rescind the Proposed Settlement,

**IT IS ORDERED** that the Cause, Carl Cavalier versus The Louisiana Department of Public Safety & Corrections, *et al*., be reopened and that the proposed settlement resulting from the Settlement Conference before Magistrate Judge Bourgeois be Rescinded.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
HONORABLE JOHN W. deGRAVELLES
UNITED STATES DISTRICT JUDGE