UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL CAVALIER | CIVIL ACTION |
| VERSUS | NO. 21-656-JWD-RLB |
| STATE OF LOUISIANA: DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS: PUBLIC SAFETY SERVICES, ET AL. | |

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 24, 2023 (Doc. 83), to which an objection and an opposition to Plaintiff's Objection were filed and considered (Docs. 84 and 85);

**IT IS ORDERED** that the Defendants' Motion to Enforce Settlement Agreement (Doc. 56) is **GRANTED,** and the parties are **ORDERED** to comply with the terms of their settlement agreement.

**IT IS FURTHER ORDERED** that Intervenor's Motion to Deem Privilege Waived (Doc. 77) and Intervenor's Consent Motion for Leave to Review Exhibits in Camera (Doc. 78) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for a scheduling conference to address any remaining issues.

Signed in Baton Rouge, Louisiana, on May 22, 2023.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA