UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL CAVALIER | CIVIL ACTION |
| VERSUS | NUMBER: 3:21-cv-00656-JWD-RLB |
| STATE OF LOUISIANA: DEPARTMENT OF PUBLIC SAFTEY AND CORRECTIONS: PUBLIC SAFTEY SERVICES, ET Al | CHIEF JUDGE: SHELLY D. DICK <br><br> MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Carl Cavalier ("Cavalier"), the Plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered by this Court on October 24, 2023 (Doc. 92), in favor of Defendant, State Of Louisiana: Department Of Public Safety And Corrections: Public Safety Services, ET AL. and against Plaintiff Cavalier, denying Plaintiff's *Motion for Rehearing on Ruling and Order* (Doc. 92).

Respectfully submitted,

*Carl Cavalier*
Carl Cavalier, Pro Se
2098 Lincolnshire Drive
Marrero, Louisiana 70072
Telephone: (504) 316-0351

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of November 2023 I filed the foregoing Pleading with the Clerk of Court and have served all parties who have appeared in this matter via email.

*Carl Cavalier*
Carl Cavalier, Pro Se