## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CARL CAVALIER**                                                 **CIVIL ACTION**

**VERSUS**                                                 **NO. 21-656-JWD-RLB**

**THE LOUISIANA DEPARTMENT OF**
**PUBLIC SAFETY & CORRECTIONS, ET AL.**

## ORDER

A conference was held on September 18, 2024.

**PRESENT:**    **Carl Cavalier**
Plaintiff, in proper person

**Jennie P. Pellegrin**
**Ben Mayeaux**
Counsel for Defendant The Louisiana Department of
Public Safety and Corrections, Louisiana Office of
State Police, Lamar Davis

**Jill Craft**
Counsel for Intervenor Jill L. Craft Attorney at Law, LLC

**Clifton J. Ivey, Jr.**
**James C. Carver**
Counsel for Intervenor The Carver Law Firm, LLC, Ivey
Law Firm, LLC, James C. Carver and Clifton J. Ivey, Jr.

This matter came before the Court for an in-person conference to discuss the Complaints of Intervention and Answers. (R. Docs. 74, 79, 80, 109, 110, 111). The parties provided information to the Court. Specifically, Mr. Cavalier has filed for bankruptcy in the Eastern District of Louisiana, case number 23-12028. There is a hearing on September 25, 2024 pertaining to the settlement funds in this matter. Ms. Craft and Mr. Carver also represented that they have reached an agreement on the apportionment of any attorney's fees at issue. Attorney Jill Craft was directed to file a status report within 7 days following the September 25, 2024 hearing (**on or before October 2, 2024**).

C:cv36a; T: 00:08
Ctrm 6

Should these issues be resolved and the time within which to file any appeals run, it is anticipated that the intervenors will file motions to dismiss their complaints in intervention in light of the resolution of all remaining disputes.

Signed in Baton Rouge, Louisiana, on September 18, 2024.

                                                 **RICHARD L. BOURGEOIS, JR.**
                                                 **UNITED STATES MAGISTRATE JUDGE**