UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**CARL CAVALIER**                                   **CIVIL ACTION NO: 3:21-cv-00656**

**VERSUS**                                          **JUDGE: JOHN W. deGRAVELLES**

**STATE OF LOUISIANA:**                             **MAGISTRATE JUDGE: RICHARD L.**
**DEPARTMENT OF PUBLIC SAFETY**                     **BOURGEOIS, JR.**
**AND CORRECTIONS: PUBLIC SAFETY**
**SERVICES; OFFICE OF STATE POLICE;**
*****************************************************************

## STATUS REPORT PER ORDER AT REC.DOC. 114

NOW INTO COURT through undersigned counsel comes Intervenor, Jill L. Craft, Attorney at Law, LLC, which, as directed by this Court in its September 18, 2024, Order at Rec.Doc. 114, provides the following Status:

1.

As disclosed at the September 18, 2024, Status Conference, Mr. Cavalier filed for protection in the Bankruptcy Court for the Eastern District of Louisiana, Case No. 23-12028.

2.

The Trustee for the Estate moved for approval of the Cavalier Settlement via Motion (I) to Authorize Trustee to Consummate Debtor's Prepetition Mediated Settlement, and (II) for Approval of the Compromise, Allowance, and Payment of the Related Prepetition Attorneys' Contingency Fee Claims Against the Estate (Rec.Doc. 75 – EDLABC Case 23-12028).

3.

Mr. Cavalier objected to the Trustee's Motion and the matter was scheduled (the matter was rescheduled from the initial hearing date due to the Hurricane) for hearing on September 25, 2024, before the Honorable Meredith S. Grabill, Bankruptcy Judge.

4.

Mr. Cavalier withdrew his objection to the Trustee's Motion and counsel for the Trustee advised the Bankruptcy Court of same.

5.

On September 27, 2024, the Bankruptcy Court entered the attached Order (Rec.Doc. 85, EDLABC Case No. 23-12028) which, it is respectfully submitted, resolves all issues remaining before this Court.

WHEREFORE, Intervenor, Jill L. Craft Attorney at Law, LLC, prays this Status Report be deemed good and sufficient.

Respectfully submitted,

By: ____s/Jill L. Craft_____
Jill L. Craft, T.A., #20922
W. Brett Conrad, Jr., #37639
For Jill L. Craft, Attorney at Law, LLC
329 Saint Ferdinand Street
Baton Rouge, Louisiana  70802
(225) 663-2612
jcraft@craftlaw.net;bconrad@craftlaw.net

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2024 a copy of the above and foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to Trial Counsel of record for all parties by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 30th day of September, 2024.

_____s/Jill L. Craft_____
Jill L. Craft